# CASOS RESUELTOS FUNDÁNDOSE EN OPINIONES NO PUBLICADAS EN EXTENSO.

MARTÍNEZ, PETICIONARIO, v. CORTE DE DISTRITO DE AGUADILLA, HON. T. BRYAN, DEMANDADO.

No. 359.—Resuelto en julio 14, 1922.

A virtud de un auto de *certiorari* expedido se elevaron los autos originales en el pleito No. 3756 de *Víctor P. Martínez* v. *Ricardo Serrano,* sobre daños y perjuicios, apelación procedente de la Corte Municipal de San Sebastián. Se reclaman $490 por haber el demandado introducido varias cabezas de ganado a pastar en una finca del demandante, haber cortado leña y construído un bohío. El demandado no contestó, se anotó la rebeldía y se pidió al secretario que registrara sentencia concediendo lo pedido en la demanda. Así se hizo y el demandado apeló para ante la corte de distrito, la cual ordenó la apertura de la rebeldía y dejó sin efecto la sentencia de la corte municipal y devolvió el caso.

Sostiene el peticionario que la corte de distrito actuó sin jurisdicción porque la Ley No. 13 de noviembre 14, 1917 no autoriza una apelación contra una sentencia dictada y registrada por el secretario de una corte municipal. No tiene razón el recurrente. Cuando un secretario de una corte en casos especialísimos y por autoridad expresa de la ley actúa por sí sólo registrando una sentencia, lo hace a nombre de la corte. Por tanto, bajo un estatuto general que autoriza apelaciones contra las sentencias de la corte, cabe apelar de la sentencia del secretario.

Quizás el procedimiento mejor sería pedir al mismo secretario que declarara la nulidad de la sentencia que registró y entonces apelar de la resolución, pero habiéndose escogido el camino directo de la apelación, no puede negarse que

la corte de distrito adquirió jurisdicción. La sentencia del secretario era enteramente nula y no habiéndose probado un claro abuso de discreción por parte de la corte de distrito al decretar la apertura de la rebeldía es necesario concluir que el procedimiento seguido no es contrario a la ley.

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

EL JUEZ ASOCIADO SR. WOLF, escribió la siguiente opinión disidente: "A mi juicio como el secretario de la corte municipal de acuerdo con los hechos de este caso no tenía facultad para dictar una sentencia, no existía sentencia válida alguna y por tanto la Corte de Distrito de Aguadilla no tenía jurisdicción sino para desestimar la apelación."